IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 18 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01750-BNB

GREGORY C. REED,

    Applicant,

v.

MARK BROADUS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO JOHN SUTHERS,

    Respondents.

## ORDER TO TRANSFER APPLICATION TO COURT OF APPEALS

Applicant Gregory C. Reed is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Buena Vista, Colorado, correctional facility. Mr. Reed initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has been granted leave to proceed pursuant to 28 U.S.C. § 1915.

On November 7, 2006, Magistrate Judge Boyd N. Boland ordered Mr. Reed to show cause within thirty days why the habeas corpus application should not be denied. On November 30, 2006, Mr. Reed submitted his response to the order to show cause. The Court must construe liberally the habeas corpus application and the response to the show-cause order because Mr. Reed is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the habeas corpus application will be

transferred to the United States Court of Appeals for the Tenth Circuit (Tenth Circuit).

It is clear to the Court that Mr. Reed previously attacked in *Reed v. Atherton*, No. 02-cv-01664-M (D. Colo. Dec. 31, 2002) the conviction he is attacking in the instant action. Therefore, the instant application is a second or successive application, and Mr. Reed admits that it is. *See* application at 7, ¶ E.1.

Pursuant to 28 U.S.C. § 2244(b)(3) (Supp. 2006), Mr. Reed must apply to the Tenth Circuit for an order authorizing this Court to consider his second or successive application. Although Mr. Reed alleges that he has obtained the necessary authorization from the Tenth Circuit, *see* application at 7, ¶ E.3., he has failed to present any authorization he received from the Tenth Circuit in order for this Court to consider the application. Therefore, the Court must transfer this action to the Tenth Circuit pursuant to 28 U.S.C. § 1631 (1994). *See Coleman v. United States*, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam). Accordingly, it is

ORDERED that the clerk of this Court transfer the instant action to the United States Court of Appeals for the Tenth Circuit pursuant to 28 U.S.C. § 1631. It is

FURTHER ORDERED that the order to show cause is vacated.

DATED at Denver, Colorado, this 14 day of December, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01750-BNB

Gregory C. Reed
Prisoner No. 46179
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  12-18-06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk